**GCPETERSLAW, PLLC**
2101 Lakeway Blvd, Ste 230
Lakeway, TX 78738
Telephone: (855) 950-2172
Email: grover@gcpeters.law

---

March 24, 2026

***VIA CM/ECF FILING***

Honorable David Hercher
United States Bankruptcy Judge
U.S. Bankruptcy Court for the District of Oregon
1050 SW 6th Ave #700
Portland, OR 97204

**Re:** Compliance with Paragraph 5 of Stipulated Judgment
Adversary No. 25-06025-dwh
In re Sharon Boughton, Case No. 23-61248-kfe13
*United States Trustee v. Recovery Law Group, APC, et al.*

Dear Judge Hercher:

Pursuant to Paragraph 5 of the Stipulated Judgment entered in the above-referenced adversary proceeding, Recovery Law Group, APC (*"Recovery Law Group"*) hereby files with this Court a chart identifying all Unfiled Clients in Oregon, identified by initials, together with the amount of money each such client has paid to Recovery Law Group to date. The chart is attached hereto as **Exhibit A**.

In accordance with the Stipulated Judgment, a copy of this chart has been separately provided to the Office of the United States Trustee. The agreement between Recovery Law Group and the Unites States Trustee was made for a list of full names to be submitted to the United States Trustee's office but left subject to not violating any applicable ethical obligations. After researching its ethical obligations to its clients, Recovery Law Group does not believe it can simply voluntarily turn over full client names without the express written consent of each individual client, something it does not have at this time. The information provided in this list, with full client initials, adequately serves the purpose of the agreed upon Order creates a working list to ensure Recovery Law Group complies with case closures, refunds, and the transfer of client files.

Should the Court have any questions or require additional information, counsel is available at the contact information listed above.

Respectfully submitted,

**GCPETERSLAW, PLLC**

*/s/ Grover C. Peters III*
Grover C. Peters III
OSB# 202753
GCPETERSLAW, PLLC
2101 Lakeway Blvd, Ste 230
Lakeway, TX 78738
Tel: (855) 950-2172
Email: grover@gcpeters.law

Enclosure: Exhibit A – Chart of Unfiled Clients in Oregon (Recovery Law Group)

**cc:** Christian A. Torimino, Trial Attorney
Office of the United States Trustee
Email: christian.torimino@usdoj.gov