**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF OREGON**

In re:

Case No.: 25-06025-dwh

SHARON BOUGTHON,
    Debtor

DECLARATION OF SEAN HUSTON IN COMPLIANCE WITH PARAGRAPH 12 OF THE SIPULATED JUDGMENT

UNITED STATES TRUSTEE,

    Plaintiff

Adversary No. 25-06025-dwh

v.

RECOVERY LAW GROUP, APC; et al..

    Defendants

I, Sean Huston, hereby declare and state as follows:

1.    I have personal knowledge of the following facts and testify hereto that if called upon as a witness, I could and would competently testify thereto in a court of law.

2.    I make this declaration based upon my personal knowledge and review of the books, records, payment systems, refund logs, banking information, internal accounting records, and client account histories maintained by Recovery Law Group, APC ("RLG").

3.    I am employed by RLG in an accounting oversight capacity, and my responsibilities include review and reconciliation of client payment records, refund activity, merchant processing information, and related financial documentation.

4.    I have personally participated in the process of reviewing and reconciling payments and refunds associated with Oregon clients referenced in the Stipulated Judgment entered in this matter.

5.    Based upon my review and participation in this process, RLG has identified all Oregon clients subject to the Stipulated Judgment and processed refunds to the clients listed in the initial

-2-

client disclosure filed with this Court. A true and correct copy of this former client list is attached hereto as Exhibit "1."

6.    There was one additional client found during the refund process and this client's identifying initials have been added to the list. *See* Exhibit "1."

7.    All former clients listed in Exhibit "1" have been contacted and informed that RLG can no longer represent them and is not longer practicing in the District of Oregon.

8.    All former clients listed in Exhibit "1" have been sent a full refund of the fees paid to RLG at this time.

9.    All former clients listed in Exhibit "1" have full access to a unique client portal where they were instructed to download all documents related to their client file.

10.    Attached to this declaration as Exhibit "2" a full list of all active Chapter 13 cases that were open and where the debtor(s) were represented by RLG.

11.    For each case listed in Exhibit "2," RLG has been substituted out as counsel of record and replacement counsel has substituted in RLG's place.

12.    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: May 29, 2026                                    Respectfully submitted,

                                                       Sean Huston

-2-

| | | | | | |
|---|---|---|---|---|---|
| A.P.N. | $1,400 | J.K.D. | $1,600 | S.A.M. | $1,400 |
| A.F.K. | $2,250 | J.L.W. | $2,050 | S.P.C. | $2,450 |
| A.M.S. | $2,150 | J.L.L. | $2,250 | S.R.A.L. | $900 |
| A.S.S. | $1,950 | J.J.S. | $2,350 | S.A.L. | $1,950 |
| A.G.W. | $2,450 | J.P.S. | $2,150 | S.T.R.F. | $2,050 |
| B.Z.S. | $1,550 | J.N.W. | $2,050 | T.L.T. | $2,050 |
| B.R.A. | $2,450 | J.W.H. | $1,950 | T.L.M. | $800 |
| B.G.H. | $2,250 | J.A.N. | $1,813 | T.D.S. | $2,050 |
| C.S.D. | $1,950 | K.E.S. | $2,050 | T.L.L. | $2,050 |
| C.J.G. | $1,950 | K.L.B. | $1,950 | T.C.S. | $1,950 |
| C.L.E. | $1,950 | K.S.K. | $2,250 | T.L.C. | $1,950 |
| C.I.M. | $1,950 | K.D.T. | $1,813 | T.E.N. | $1,950 |
| C.K.N. | $1,750 | K.C.S.D. | $1,950 | V.L.R. | $1,950 |
| C.Y.S. | $1,950 | L.A.G. | $1,950 | V.J.P. | $1,900 |
| D.L.G. | $1,813 | L.S.C. | $2,050 | W.R.G. | $1,950 |
| D.A.W. | $2,250 | M.C.W. | $2,250 | Z.S.F. | $1,950 |
| D.S.L. | $2,050 | M.L.B. | $2,050 | D.R.T. | $2,050   Added |
| D.L.M. | $1,850 | M.R.B. | $2,250 | | |
| D.L.P. | $1,700 | M.L.H. | $300 | | |
| D.L.R. | $950 | M.M.S. | $1,950 | | |
| D.R.C. | $1,950 | N.W. | $2,050 | | |
| D.L.C. | $2,050 | N.A.G. | $2,250 | | |
| D.J.G. | $1,813 | N.M.B. | $1,813 | | |
| D.P.L. | $2,350 | O.R.M. | $1,950 | | |
| E.L.M. | $1,950 | P.C.H. | $300 | | |
| E.C.V. | $1,912 | P.A.L. | $1,950 | | |
| E.H.B. | $250 | P.S. & S.J. | $2,200 | | |
| E.J.A. | $2,050 | P.M.J. | $1,950 | | |
| E.G.V. | $2,350 | R.A.W. | $2,700 | | |
| F.A.D. | $1,950 | R.J.H. | $2,050 | | |
| G.J.C. | $2,050 | R.E.M. | $2,050 | | |
| G.A.R. | $3,350 | R.M.P. | $1,950 | | |
| G.T.B. | $2,450 | R.J.B. | $2,150 | | |
| G.T.J. | $1,950 | R.M.W. | $2,350 | | |
| H.M.H. | $1,950 | R.A.S. | $2,050 | | |
| H.E.E. | $3,500 | R.L.D. | $1,950 | | |
| J.F. | $2,050 | R.A.R. | $1,950 | | |
| J.M.F. | $2,050 | R.G. | $1,500 | | |
| J.N.B. | $1,850 | R.M.S. | $2,050 | | |
| J.C. | $2,050 | R.M. | $2,450 | | |
| J.D.L. | $2,050 | S.L.R. | $2,550 | | |

Shane & Kathleen Stewart        26-30759

Terry & Nichole Kimberly Bunnell        26-60543

Marvin Jerome Frazier   26-30568

Brenda Stedman & Sherri Esser        26-60245

Greg & Jamie Chanquet        25-63599

Douglas & Laura Kiepert        25-63470

Gwen Elaine Riley        25-33816

Anthony Henry Anaya   25-33755

Justin & Maleah Moser 25-63013

Michael & Glenn Nealy 25-62537

Gary & Peggy Winkler   25-62412

Jake Evan Armstrong    25-32776

Pablo Alonso Rosales Gomez & Elvia Rosales Lopez    25-62329

Kerrin Margaret Case    25-62231

Susan Rachelle Rouse 25-32105

Vicki Lee Baker 25-32047

John William Kolb        25-31925

Vickie Lynne Epperson 25-61486

Jacob Warren Favro      25-61369

Mary Ellen Barr 25-31207

Roger & Tina Winans    25-60866

Megan Ann Derrick      25-30872

Jeremy & Sandra Hall   25-30613

Drew James Snook       24-62322

John Frederick Liesman        24-32789

Samuel & Fagaititi Lauesi        24-62082

Brett Allen Clevidence Sr.        24-32107

Tia Marie Blakley        24-61578

Russell & Shannon Dotson        24-31838

Michel Clayton Lamb   24-61459

Frank & Harolda Marie Rodriguez        24-31499

Ashtyn & Tarrah Lenahan        24-30838

Zachariah & Gabrielle Jones    23-61466

David Richard McAuliffe        23-61412

Sharon Lynne Boughton        23-61248

Theodore Wayne Counts        22-60890

Dana Luciel Perry       22-61707-tmr13

Linda Louise Reed       22-60158

Ronald Anthony Tempest        22-60796